In the Matter of PHOENIX INSURANCE COMPANY, Also Known as TRAVELERS INDEMNITY COMPANY, Respondent, v BARTOLOMEO AMERENO et al., Appellants. [746 NYS2d 605]

The Supreme Court providently exercised its discretion in temporarily staying the arbitration proceeding and directing the appellants to comply with all outstanding discovery demands (*see* CPLR 3102 [c]; *Matter of Allstate Ins. Co. v Baez,* 269 AD2d 392; *Matter of Peerless Ins. Co. v McDonough,* 269 AD2d 398; *Hendler & Murray v Lambert,* 127 AD2d 820). Altman, J.P., Feuerstein, Friedmann, Schmidt and Townes, JJ., concur.